

**NUMBER 13-13-00540-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**THE STATE OF TEXAS,** **Appellant,**

**v.**

**YESICA ATANAY CARRIZALES PIEDRA,** **Appellee.**

---

**On appeal from the County Court at Law No. 8
of Hidalgo County, Texas.**

---

# ORDER OF ABATEMENT

**Before Justices Benavides, Perkes, and Longoria
Order Per Curiam**

The State of Texas has filed an unopposed motion asking this Court to abate this appeal to the trial court for entry of findings of fact and conclusions of law. This appeal was brought by the State from the grant of a motion to suppress evidence.

The court of criminal appeals has directed that upon request of the losing party on

a motion to suppress, a trial court is required to make findings of fact and conclusions of law. *State v. Cullen,* 195 S.W.3d 696, 699 (Tex. Crim. App. 2006). When the accused challenges the motion to suppress ruling and requests findings but the trial court does not file findings of fact and conclusions of law, the proper remedy is for the appellate court to abate the appeal and remand to the trial court to allow the trial court to make the necessary findings. *See Cullen,* 195 S.W.3d at 700 (remanding to the court of appeals to order the trial court to enter findings).

Accordingly, we ABATE the instant appeal until such time as the appellate record is supplemented with the trial court's findings and conclusions. *See* TEX. R. APP. P. 43.6.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
4th day of November, 2013.